AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS**

I, __Kenneth Abraham__, being first duly sworn, depose and say that I am the __Plaintiff__ in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: __4/24/47__

My current address is: __DCC 1181 Paddock Rd. Smyrna, DE 19977__

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is: __Civil Rights suit and suit for various torts arising from OUTRAGEOUS conduct of D.O.C. personnel.__

2. Presently employed?    Yes ____   No __✓__

3. If *Yes*, state:

   (a) Name and address of employer:
   
   __NA__

   (b) How often paid:
   
   __NA__

   FILED
   MAY 23 2008
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

   (c) Take home pay per pay period:
   
   __NA__

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:

   (a) Name and address of last employer: Self employed and Dave Poole Marketing Orlando, FL

   (b) Date of last employment: Dec 05.

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

   Yes ✓   No ✗

6. If *Yes*, state:

   (a) Amount of income or gift, or its value: $A gift of 100.00

   (b) When received: Approx. December 07

   (c) From whom or what received: 100.00 To my account

   (d) Whether regular or one time: One Time

7. List all property owned, whether held in your name alone or jointly with anyone else:

   (a) Real estate: None

   (b) Personal property (stocks, bonds, bank accounts, vehicles): Only One 2000 Chevy Prism with serious body damage.

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner:

NA

8. If you have a spouse, state: NA

(a) Amount of any income received:

(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State? Yes

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case: Del, Court of Chancery — 3156CC
Del, " " " — 3448 VCS
Del, US District Court — 1407-593
" " " " Petition for Declaratory Judgment filed (mailed 5/6/08)
Appeal to 3d Cir, Case # 08-1103

*Mailed Rule 61 motion for post conviction relief to Superior Court 5/14/08*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal. Chancery #3156CC dismissed as moot once medical care arranged. Chancery #3148 VC dismissed saying Dist. Ct should deal with it as part of 07-593. Dist Ct # 07-593 pending. Petition for Cert. Amt filed on 5/6/08, no # yet. 3rd Circuit Appeal # 08-1183 dismissed as premature; cannot appeal dismissal of some claims yet.

*(margin left:)* Notice of Rules Violation mailed on 5/4

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. Part of complaint is "conditions of confinement." I have exhausted "admin. remedies" which are a farce, sham, hollow pretext, a meaningless joke; there is no interest in the truth in DOC. Infact,

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process. Attached. See Exhibits M, O, P, U

Many grievances ignored; see ¶¶ 55, 56, 57 of complaint.

*(margin right:)* the management seems to be "Guards do whatever you want," lie, lie, lie and we'll cover your butt! It's an entrenched culture of cover-up & DISGRACE in Delaware.

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)
— 0 —

(b) Bank accounts, listing bank, account number(s) and current balance(s).
— 0 —

13. Itemize debts and regular monthly expenses:
Debt totals over 100,000

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

14. List names and addresses of any dependents:

None - Son is 19.

I, _____K. +/A+/_____ , swear or affirm that the above-
    Kenneth Abraham
information is true and correct and is made under penalty of perjury.

DATED: __4/23/08__

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this ___23rd___ day of ___April___, _2008_.

_____Brian D Engrem_____
                    Title — Notary

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

Exhibit V

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Kenneth Abraham   SBI#: 173040

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 1, 2008

---

Attached are copies of your inmate account statement for the months of October 1, 2007 to March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 54.69 |
| Feb | 0 |
| March | 0 |

Average daily balances/6 months: 9.11

Attachments
CC: File

Stacy Shane 4/1/08

[signature] 4/1/08

# Individual Statement
## From October 2007 to December 2007

Date Printed: 4/1/2008  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 499455 | | 9/27/07 | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 499502 | | 10/3/07 | |
| Supplies-MailPosta | 10/16/2007 | $0.00 | $0.00 | ($2.70) | $0.00 | 500970 | | INDIGENT 10/3/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502624 | | 10/10/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502663 | | 10/7/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502664 | | 10/8/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502719 | | 10/5/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512887 | | 10/26/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512888 | | 10/26/07 | |
| Supplies-MailPosta | 11/15/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 514899 | | 10/26/07 | |
| Medical | 11/20/2007 | $0.00 | ($8.00) | $0.00 | $0.00 | 516469 | | 11/2/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 518026 | | 11/8/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 518033 | | 11/8/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 518034 | | 11/7/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520177 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520179 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 520218 | | 11/8/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520269 | | 11/12/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($6.44) | $0.00 | 526355 | | INDIGENT 12/3/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($6.00)  
Total Amount Currently on Legal Hold: ($18.00)  
Total Amount Currently on Restitution Hold: $0.00  
Total Amount Currently on Other Hold: ($53.08)

**Individual Statement**
**From January 2008 to March 2008**

| Date Printed: | 4/1/2008 | | | | | | | | | Page 1 of 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | | | | | | |
| 00173040 | ABRAHAM | KENNETH | R | | | | Beginning Month Balance: | | $0.00 | |
| Current Location: | 19 | | Comments: | | | | Ending Month Balance: | | $0.00 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538043 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538044 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538045 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538046 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538047 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 538244 | | 12/22/07 | |
| Mail | 1/10/2008 | $100.00 | $0.00 | $0.00 | $100.00 | 541445 | 00039480 | 12/27/07 | F CANDONE |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.82) | $100.00 | 541541 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.82) | $100.00 | 541542 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.82) | $100.00 | 541543 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.48) | $100.00 | 541544 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.92) | $100.00 | 541545 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.75) | $100.00 | 541546 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.41) | $100.00 | 541605 | | 12/20/07 | |
| Canteen | 1/22/2008 | ($14.85) | $0.00 | $0.00 | $85.15 | 545014 | | | |
| Pay-To | 1/22/2008 | ($10.00) | $0.00 | $0.00 | $75.15 | 545195 | | US DIST COURT | |
| Pay-To | 1/22/2008 | ($10.00) | $0.00 | $0.00 | $65.15 | 545197 | | BAXTER ABRAHAM | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.75) | $65.15 | 545956 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.75) | $65.15 | 546001 | | 12/30/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.92) | $65.15 | 546021 | | 12/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.92) | $65.15 | 546022 | | 12/30/07 | |
| Medical | 1/23/2008 | ($4.00) | $0.00 | $0.00 | $61.15 | 546040 | | 8/9/07 | |
| Medical | 1/23/2008 | ($4.00) | $0.00 | $0.00 | $57.15 | 546042 | | 6/5/07 | |
| Medical | 1/23/2008 | ($8.00) | $0.00 | $0.00 | $49.15 | 546069 | | 11/2/07 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | $49.15 | 548157 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | $49.15 | 548205 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.82) | $49.15 | 548216 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | $49.15 | 548227 | | 1/4/08 | |
| Pay-To | 1/29/2008 | ($2.00) | $0.00 | $0.00 | $47.15 | 548317 | | US DISTRICT COURT | |
| Pay-To | 1/29/2008 | ($2.00) | $0.00 | $0.00 | $45.15 | 548343 | | US DISTRICT COURT | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.82) | $45.15 | 548351 | | 1/11/08 | |

Date Printed: 4/1/2008

**Individual Statement**
**From January 2008 to March 2008**

Page 2 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/1/2008 | ($2.17) | $0.00 | $0.00 | $42.98 | 550631 | | INDIGENT 6/4/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $42.57 | 550648 | | 7/19/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $40.75 | 550653 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $38.93 | 550654 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $37.11 | 550655 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.48) | $0.00 | $0.00 | $35.63 | 550656 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.92) | $0.00 | $0.00 | $34.71 | 550658 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $33.96 | 550660 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $33.55 | 550662 | | 8/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $33.14 | 550679 | | 7/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $32.73 | 550696 | | 8/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($2.74) | $0.00 | $0.00 | $29.99 | 550715 | | INDIGENT 8/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $29.58 | 550719 | | 12/20/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $29.17 | 550724 | | 8/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($2.66) | $0.00 | $0.00 | $26.51 | 550727 | | INDIGENT 7/2/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $26.10 | 550741 | | 8/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $25.69 | 550745 | | 6/22/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $25.28 | 550750 | | 7/11/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $24.87 | 550754 | | 7/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $24.46 | 550759 | | 8/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $24.05 | 550764 | | 8/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $23.64 | 550765 | | 8/6/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $23.23 | 550766 | | 8/12/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $22.82 | 550773 | | 8/28/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $22.41 | 550777 | | 8/23/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $22.00 | 550778 | | 8/3/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $21.59 | 550779 | | 8/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $21.18 | 550780 | | 8/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $20.77 | 550781 | | 8/31/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $20.36 | 550786 | | 9/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $19.95 | 550791 | | 9/27/07 | |

Date Printed: 4/1/2008

**Individual Statement**
**From January 2008 to March 2008**

Page 3 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/1/2008 | ($2.74) | $0.00 | $0.00 | $17.21 | 550799 | | INDIGENT 9/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $16.80 | 550801 | | 9/12/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.23) | $0.00 | $0.00 | $15.57 | 550802 | | 9/23/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $15.16 | 550806 | | 9/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $14.75 | 550814 | | 9/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $14.34 | 550815 | | 9/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $13.93 | 550830 | | 10/3/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $13.18 | 550840 | | 1/3/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $12.77 | 550847 | | 10/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $12.36 | 550848 | | 10/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $11.61 | 550853 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.92) | $0.00 | $0.00 | $10.69 | 550854 | | 12/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.92) | $0.00 | $0.00 | $9.77 | 550855 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $9.36 | 550858 | | 10/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($2.70) | $0.00 | $0.00 | $6.66 | 550859 | | INDIGENT 10/3/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $6.25 | 550878 | | 10/10/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.58) | $0.00 | $0.00 | $5.67 | 550900 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $5.26 | 550912 | | 10/26/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $4.85 | 550913 | | 10/26/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $4.44 | 550914 | | 10/26/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.58) | $0.00 | $0.00 | $3.86 | 550927 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $3.45 | 550930 | | 11/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $2.70 | 550931 | | 11/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $2.29 | 550932 | | 11/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $0.47 | 550936 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.47) | $0.00 | ($0.11) | $0.00 | 550940 | | 1/4/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($1.99) | $0.00 | 552271 | | 1/8/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 552273 | | 1/8/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 552331 | | 1/9/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554715 | | 1/9/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554716 | | 1/9/08 | |

Date Printed: 4/1/2008

**Individual Statement**
**From January 2008 to March 2008**

Page 4 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554729 | | 1/9/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554735 | | 1/14/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 554736 | | 1/14/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554737 | | 1/14/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.22) | $0.00 | 556355 | | INDIGENT 2/4/08 | |
| Medical | 2/15/2008 | $0.00 | ($6.00) | $0.00 | $0.00 | 557147 | | 2/11/08 | |
| Legal | 2/15/2008 | $0.00 | $0.00 | ($18.00) | $0.00 | 557726 | | JAN 2008 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 559425 | | 2/8/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 559445 | | 2/7/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 559446 | | 2/7/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 559488 | | 1/22/07 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.48) | $0.00 | 560113 | | 1/22/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 560191 | | 1/20/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 560197 | | 1/28/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.65) | $0.00 | 560217 | | 1/28/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 560219 | | 1/28/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 560237 | | 1/24/08 | |
| Supplies-MailPosta | 2/22/2008 | $0.00 | $0.00 | ($2.28) | $0.00 | 560403 | | INDIGENT 1/8/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562898 | | 1/28/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562903 | | 1/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562904 | | 1/27/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562945 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.22) | $0.00 | 568716 | | INDIGENT SUPPLIES | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 570068 | | 2/13/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($2.16) | $0.00 | 570216 | | 2/12/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($1.65) | $0.00 | 570219 | | 2/12/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($1.48) | $0.00 | 570221 | | 2/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 572934 | | 3/18/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 572935 | | 3/17/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 573689 | | 3/19/08 | |

# Individual Statement
## From January 2008 to March 2008

Date Printed: 4/1/2008                                                                                          Page 5 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($6.00)
Total Amount Currently on Legal Hold: ($18.00)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($53.08)