# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Kenneth Abraham
(herein "M" for movant)

v.

Carl Danberg Commissioner
Del. Correctional Center
(herein CD)

and, Warden Perry Phelps
(herein WP)

and Del Dept. of "Corrections"
(herein "DOC")

and Michael Bryan
and Patrick Smith

Motion To Amend
Complaint (mailed to (Court 5/21/08)
Case against Smith and Bryan
Claim for Failure to Train and/or Supervise

5/29/08 KRA
(and to similarly amend the complaint in
the case of Kenneth Abraham v. "CD",
"WP", "DOC" and Stan Engram, also mailed
to this Court on 5/21/08. The §1983 and
intentional infliction of emotional distress action.
Crossed out 5/29/08 KRA

Comes now, this 23rd day of May, 2008, Kenneth Abraham,
pro se and indigent, who moves this Honorable Court to Amend each of
the complaints in the above-captioned cases, mailed to this Court
on 5/21/08, as follows:

① To include a claim or claims against defendants
"CD", "WP", and "DOC". To include an action for "Failure
to Train and Supervise", herein called "FTTS".

② I note that Rule 15 of this Court's Rules provides that "a party
may amend his pleading once as a matter of course at any time
before a responsive pleading is served." Rule 15(a).

③ Defendants CD, WP and DOC did, FTTS other named
defendants (and others), not to maliciously, deliberately, corrupt,
fabricate, or manufacture false accusations against

FILED
JUN - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

inmates, resulting in the writing or publication of false "Disciplinary Reports."

④ Defendants CD, WP, and DOC did FTTS Bryan and Smith so they would not engage in all of the Outrageous, unlawful actions described in the Complaint mailed 5/21/08 to this Court.

⑤ Defendants CD, WP and DOC did also fail to train and supervise named defendant Bryan Engram of SHU law library not to terminate or deny access to the law library to an inmate engaged in pending Litigation, including Plf. Said named defendants did FTTC Bryan Engram to to act or behave as described in Plf's Petition for TRO and Injunction and Plf's civil suit against CD, WP, DOC and Bryan Engram mailed to this Court on 5/21/08.

*crossed out 5/29/08 KRA*

⑥ Defendants CD, WP, and DOC did FTTS the other named defendants even to realize or know (and act accordingly) the broad concept that "the laws apply inside these walls."

⑦ Wherefore, Plf asks this Court to provide a claim for "failure to Train & Supervise" (which is distinct from liability predicated on respondent superior) against CD, WP and DOC in the above-mentioned case or Case against Smith and Bryan

⑧ The malicious lying and concocting of false charges against inmates (including Plf) is so widespread, frequent and prevalent that defendants must have been aware of the practice well before, and above and beyond any training considerations, dictated by common sense and orderly prison management practices.

⑨ Plf states that O'Connor v. Keller et.al 510 F Supp 1359, (D.Md. 1981) discusses a claim for "Failure to Train and Supervise." Plf has requested this case from SHU law library on 5/23/08, but SHU law library is denying Plf access.

Respectfully Submitted,
KRA

Certificate of Service

I, Kenneth Abraham, do certify that on this 29 day of May, 2008, I did mail a copy of this Motion to: Attorney General, DOJ, Carvel State Ofc. Bldg. 820 N. French Street Wilmington, DE 19801)
KRA

I/M _Max Abraham_
SBI# _17306_ UNIT _SHU170L8_
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Mr. Dalleo

Clerk - US District Court
Lock box 18 - US Court house
844 King Street
Wilmington, DE
19801







UNITED STATES POSTAGE
02 1A
000460B975
MAILED FROM ZIP CODE 19977
$ 00.42⁰
MAY 30 2008
PITNEY BOWES

U.S.M.S
X-RA