IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH R. ABRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 08-311-SLR | |
| | ) | |
| COMMISSIONER CARL DANBERG, | ) | |
| WARDEN PHELPS, DEPARTMENT OF | ) | |
| CORRECTIONS, MICHAEL BRYAN, | ) | |
| AND PATRICK SMITH, | ) | |
| | ) | |
| Defendants. | ) | |



FILED
JUN 1 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AUTHORIZATION

I, Kenneth R. Abraham, SBI #173040, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.34 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _6/10/08_, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _6/13/08_, 2008.

_____
Signature of Plaintiff

To: Peter Dalleo
Clerk
US Dist. Ct.

Ken Abraham 173040
SHOP DCC  DCB
1181 Paddock Rd
Smyrna, DE 19977

6/13/08  re: Abraham v Danberg et al. (Smith + Bryan)
# 08-311 SLR

Dear Mr. Dalleo,

In this case, please find enclosed (a) the "Authorization" form concerning fees and (b) the form consenting to adjudication by a magistrate judge.

Thank you,  Respectfully,
KA

(Note: I have not yet received these forms regarding the petition for ~~declaratory~~ Declaratory Judgment, filed same date as this case. KA

FILED
JUN 17 2008
BV
U.S. DISTRICT COURT
DISTRICT OF DELAWARE